IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| AMY HAWKINS, Individually and as | ) | CASE NO. 3:17-cv-386 |
| Parent/Guardian of A.H., a minor | ) | |
| and S.H., a minor, | ) | JUDGE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE, | ) | |
| INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, WESTERN DIVISION.

1.     On January 23, 2017, an action was filed against Defendant, State Farm Mutual

Automobile Insurance Company, in the Common Pleas Court of the State of Ohio, in and for Lucas

County entitled Amy Hawkins, Individually and as Parent/Guardian of A.H., a minor and S.H., a

minor v. State Farm Mutual Automobile Insurance Company, Case No. CI-0201701285, and said

action was commenced by service of a copy of the Complaint and Summons upon Defendant on

January 26, 2017, a copy of which is attached.  Defendant has caused an Answer to be filed, a copy

of which is attached hereto, although a time-stamped copy has not been received to date.   No

further proceedings have been had herein.

2.     The above described action is a civil action of which this Court has original

jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this court

by petitioner defendant herein, pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil

action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of

interest and costs and is between citizens of different states.  The Plaintiff who is suing State Farm, at the time this action was commenced, was and still is a citizen of the State of Ohio; and the Defendant State Farm, at the time this action was commenced, was and still is a corporation incorporated under the laws of the State of Illinois, with its principal place of business in the State of Illinois and was not and is not a citizen of the State of Ohio wherein this action was brought.

3.    Defendant desires to remove this action into this Court as provided in 28 U.S.C. § 1446(b) and does so within the 30-day requirement.

WHEREFORE, Defendant notifies all parties that the above action now pending in the Court of Common Pleas in the State of Ohio in and for Lucas County is removed to the United States District Court for the Northern District of Ohio, Western Division.

Respectfully submitted,

GALLAGHER, GAMS, PRYOR,
TALLAN & LITTRELL L.L.P.

By:___/s/ Mark H. Gams_____
      MARK H. GAMS        (0025362)
      Trial Attorney for Defendant, State Farm
       Mutual Automobile Insurance Company
      471 East Broad Street, 19th Floor
      Columbus, Ohio 43215-3872
      (614) 228-5151  FAX:  (614) 228-0032
      mgams@ggptl.com

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served upon Samuel G. Bolotin, Attorney for Plaintiff, 3232 Executive Parkway, Toledo, Ohio  43606; by ordinary U.S. Mail service this 24th day of February, 2017.

By:___/s/ Mark H. Gams_____
      MARK H. GAMS        (0025362)
      Trial Attorney for Defendant, State Farm
       Mutual Automobile Insurance Company

mhg\200701\pl 03 kh